

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-17-00825-CV

Style:      In the Matter of T.S.

Date motion filed*:      December 7, 2017

Type of motion:      Motion for Substitution of Counsel

Party filing motion:      Appellant's Appointed Counsel Joseph Kyle Verret

Document to be filed:      Certificate of service on pro se appellant

Is appeal accelerated?      Yes (juvenile certification).

Ordered that motion is:
- ☑ Granted
  - If document is to be filed, document due:  December 22, 2017.
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Appellant's motion for substitution of appointed counsel Joseph Kyle Verret is **granted** because it complies with Rule 6.5 and was signed by both original and new counsel. *See* TEX. R. APP. P. 6.5(d). However, withdrawing counsel **Christopher Gisentaner** is **ordered** to mail a copy of the motion and this order to the pro se appellant via certified and first-class mail and to file a certificate of service with this Court **within 10 days** of the date of this order. *See id.* 6.5(b), (d). The Clerk of this Court is directed to remove Christopher Gisentaner as counsel for appellant and substitute Joseph Kyle Verret as the lead counsel of record.

Judge's signature: /s/ Laura C. Higley
      ☑ Acting individually      ☐ Acting for the Court

Date:  December 12, 2017

November 7, 2008 Revision